No. 67796.—Alltransport, Incorporated *v.* United States, protest 61/3914 (New York).

Opinion by WILSON, J. In accordance with oral stipulation of counsel that the merchandise consists of synthetic resins in chief value of vinyl alcohol, the claim of the plaintiff was sustained.